## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MIRANDA-MIRANDA, ) <br> FRANCISCO MORENO, ) <br> MARTINA PARPEREZ, ) <br> FRANCISCA LOPEZ-VICENTE, ) <br> ANDRES PEREZ, ) <br> IVAN AYALA, ) <br> ) <br> MATERIAL WITNESSES. ) <br> _____) | 09-cr-190-JCM-PAL <br><br> **ORDER** |

IT IS HEREBY ORDERED:

That the above-named Material Witnesses' Motion to Terminate Pretrial Supervision is GRANTED.

DATED this 25 day of March, 2011.

_____
DISTRICT COURT JUDGE